## Commonwealth *v.* Singer, Appellant.

Submitted June 9, 1975. *Michael J. Wetmore,* Public Defender, for appellant; *James F. Marsh,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.